# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Center for Reproductive Rights )
*Plaintiff* )
)
v. )  Civil Action No. 26-cv-205 -JMC
United States Department of Justice )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*  United States Attorney for the District of Columbia
601 D Street, NW
Washington, DC 20579

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sarah P. Hogarth
McDermott Will & Schulte LLP
500 N. Capitol St. NW
Washington, DC 20001

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 01/28/2026

/s/ Hannah Norton
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Center for Reproductive Rights**
                    *Plaintiff*

                                                *vs.*                    Case No: 1:26-cv-00205-JMC

**United States Department of Justice**
                    *Defendant*

### DECLARATION OF SERVICE

I, Ambiko Wallace, a Private Process Server, depose and say:

That I have been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint for Declaratory and Injunctive Relief with Exhibits and Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/30/2026 at 2:18 PM, I served Civil Process Clerk, U.S. Attorney's Office for the District of Columbia at 601 D Street, NW, Washington, DC 20530 with the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Civil Cover Sheet; and Complaint for Declaratory and Injunctive Relief with Exhibits and Attachments by serving Elena Haramalis, Paralegal Specialist, authorized to accept service.

Elena Haramalis is described herein as:

Gender:  Female      Ethnicity:  Caucasian      Age:  35      Weight:  140      Height:  5'4"      Hair:  Brown

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/30/2026

*Ambiko Wallace*

*Capitol Process Services, Inc.*
*7500 Greenway Center Drive, Suite 420*
*Greenbelt, Maryland 20770*
*(202) 667-0050*

*Client Ref Number: 099972-0017*
*Job #:15078679*